UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14002-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

vs.

TERRENCE L. SIMMONS,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on February 24, 2015. A Report and Recommendation was filed on March 4, 2015, [ECF No. 26], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 26], of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment, which charges the Defendant with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of March, 2015.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Lynch
All Counsel Of Record